**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:24-cv-60258-RS**

HOWARD COHAN,

      Plaintiff,

vs.

DEL BOCA LAS OLAS LP,
d/b/a MOXIES,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby gives notice that Plaintiff and Defendant,  DEL BOCA LAS OLAS LP d/b/a MOXIES ("Defendant") (collectively "Parties"), have reached an agreement in principle for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 13th day of August, 2024.

| | |
|---|---|
| BY: _s/ Jason S. Weiss_ | BY: _s/ Justin C. Sorel_ |
| Jason S. Weiss | Justin C. Sorel |
| Jason@jswlawyer.com | Florida Bar No.: 0016256 |
| Florida Bar No. 356890 | **COLE, SCOTT & KISSANE, P.A.** |
| **WEISS LAW GROUP, P.A.** | Esperante Building |
| 5531 N. University Drive | 222 Lakeview Avenue, Suite 120 |
| Suite 103 | West Palm Beach, Florida 33401 |
| Coral Springs, FL 33067 | Telephone (561) 383-9229 |
| Tel: (954) 573-2800 | Facsimile (561) 683-8977 |
| | Primary e-mail: justin.sorel@csklegal.com |
| _Attorneys for Plaintiff_ | _Attorneys for Defendant_ |