## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-60258-CIV-SMITH

HOWARD COHAN,

     Plaintiff,

v.

DEL BOCA LAS OLAS LP,

     Defendant.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 15].  Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees and costs.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 27th day of August, 2024.

RODNEY SMITH
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record